UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:14-MJ-1272-JG

UNITED STATES OF AMERICA

V.

MCKETHAN, ANTWAINE D.

DISMISSAL ORDER

The GOVERNMENT moves for dismissal with prejudice of the captioned case for the following reason: Superseding Criminal Information.

_____
EILEEN C. WHIPPLE
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This __8__ day of __May__, 2014.

_____
United States Magistrate Judge